1
2
3
4  **JS-6**
5
6
7
8              UNITED STATES DISTRICT COURT
9              CENTRAL DISTRICT OF CALIFORNIA
10

11 | THEODORA SHELDON,           ) Case No. EDCV 11-01764 VAP
                                ) (OPx)
12 |              Plaintiff,    )
                                ) **JUDGMENT**
13 |       v.                   )
                                )
14 | ROBERT S. WHITMORE, et    )
    al.,                        )
15 |                            )
                  Defendants.  )
16 | _____)

17
**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**
18
     Pursuant to the Order filed herewith, IT IS ORDERED
19
AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH
20
PREJUDICE.  The Court orders that such judgment be
21
entered.
22

23

24
Dated:  June 20, 2012         _____
25                                    VIRGINIA A. PHILLIPS
                                   United States District Judge
26

27

28